IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| AGNES B. DONNELLY, | § |
| Plaintiff, | § |
| VS. | § CIVIL ACTION NO. H-13-1376 |
| JP MORGAN CHASE, NA, | § |
| Defendant. | § |

## FINAL JUDGMENT

The defendant, J.P. Morgan Chase NA, filed a motion to dismiss. Based on the motion, the pleadings on file, and the relevant authorities, the court issued a Memorandum and Order concluding that Agnes B. Donnelly failed to state a claim for relief and that amending the complaint would be futile. This action is dismissed, with prejudice. This is a final judgment.

SIGNED on February 4, 2014, at Houston, Texas.

Lee H. Rosenthal
United States District Judge